■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELESANO JOHN TROIANI, Appellant.— Motion to modify order dated March 6, 1961, so as to provide that the appeal be ordered on the calendar for the June 1961 Term, granted; order amended so as to set appeal down for the June Term. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER BREWINGTON, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH HORNE, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD W. MARTIN, Appellant. (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES McCONVILLE, Appellant. (E) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES RILEY, Appellant. (F) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MACK RILEY, JR., Appellant. (G) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOVINA RIVERA, Appellant. (H) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR SPINNEY, Appellant. (I) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK SWINT, Appellant. (J) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES TUCKER, Appellant. (K) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. COKELAN VANAGER, Appellant. (L) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DENNIS WALSH, Appellant. (M) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS ALBERT ZUNNO, Appellant.— [In each action] Motion by respondent to dismiss appeal granted; appeal dismissed. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ EMIL J. SZENDY et al., Appellants, v. BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 17, TOWN OF OYSTER BAY, Respondent.— Oral motion to dismiss appeal, made on calendar call, granted; appeal dismissed; appellants having failed to comply with an order of this court, dated February 15, 1961, requiring them to perfect their appeal for the April 1961 Term. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ NATHANIEL ARONOFF et al., Respondents, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— In a negligence action, defendant Board of Education appeals from a judgment of the Supreme Court, Kings County, rendered October 9, 1959, in favor of the plaintiffs, after a jury trial. Plaintiff Nathaniel Aronoff, a student at a public high school, while in a locker room, maintained as accessory to the school gymnasium, was struck in the eye by a thrown sneaker. Plaintiffs contended, and the jury found, that in view of defendant's knowledge of the disorder and misconduct usually prevalent in the locker room, it was negligent in failing to exercise proper supervision to prevent the accident. Judgment affirmed, with costs. No opinion. Beldock, Acting P. J., Kleinfeld, Pette and Brennan, JJ., concur; Ughetta, J., dissents and votes to reverse the judgment and to dismiss the complaint, with the following memorandum: After coming from a gymnasium class the then infant plaintiff, Nathaniel Aronoff, was struck in the eye by a thrown sneaker while in a locker room with other high school students. The proof is insufficient to warrant liability on the alleged failure of defendant to anticipate the injury and to provide a teacher in the locker room (*Ohman* v. *Board of Educ.,* 300 N. Y. 306; *Wiener* v. *Board of Educ.,* 277 App. Div. 934; *Bertola* v. *Board of Educ.,* 1 A D 2d 973).

■ HARRY HANDSCHU, Appellant, v. JACOB WELTZ et al., Respondents.— In an action by a broker against the owners of real property, to recover brokerage commissions, plaintiff appeals: (1) from an order of the Supreme Court, Kings County, dated October 5, 1960, granting defendants' motion to vacate plaintiff's notice to amend his bill of particulars, dated September 7, 1960, by adding the name of an alleged additional purchaser; and (2) from an order